IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHUBB NATIONAL INSURANCE COMPANY and TRAVELERS PERSONAL SECURITY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>DALE & MAXEY, INC. d/b/a DALE INCORPORATED, and HERBERT ALLEN COLE d/b/a WILLIAMSON COUNTY HEATING AND PLUMBING,<br><br>Defendants. | CIVIL ACTION NO.: 3:13-CV-0528 |

## PROPOSED AGREED ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

THIS CAUSE, having come before the Court upon the joint motion of the Plaintiffs, Chubb National Insurance Company (Chubb) and Travelers Personal Security Insurance Company (Travelers), and Defendants, Dale & Maxey, Inc. d/b/a Dale Incorporated (Dale, Inc.) and Herbert Allen Cole d/b/a Williamson County Heating and Plumbing (Cole), to extend the current expert witness disclosure, discovery, dispositive motion and mediation deadlines by agreement, there being good cause shown and the Court finding that the parties are in agreement on the motion for extension of deadlines and that the same would cause no prejudice to any parties or otherwise delay the trial of this matter which is set for January 6, 2015, it is hereupon ORDERED that the following schedule of deadlines shall be adopted to further govern the disposition of this case, while all other deadlines adopted in the Court's previous Case Management Orders shall remain unchanged:

(1) Defendants shall declare and disclose their Rule 26 expert witnesses by August 5, 2014;

(2) Should any defendant make a Rule 26 expert disclosure such that it tends to establish the fault or liability of another defendant, then such defendant shall have until September 1, 2014, to declare and disclose any necessary rebuttal or Rule 26 expert disclosure of its own in response to such disclosure adverse to its' interest;

(3) Due to the highly technical, complex and scientific issues involved in this case the parties have recognized the need for each to have the opportunity to take the discovery depositions of a limited number of experts that have been or may be disclosed by the various parties, and any such depositions shall be completed by September 20, 20014;

(4) All discovery shall be completed by September 5, 2014, other than the completion of any expert discovery depositions as contemplated and addressed in paragraph 3 hereinabove, which paragraph shall control as to the deadline for any such depositions;

(3) The parties have agreed to selection of a mediator and a tentative mediation date of September 11, 2014 and/or such earlier date as may be available, and in no event shall the parties not have attempted mediation of this matter by September 15, 2014; and

(4) All dispositive motions and Daubert motions shall be filed by October 5, 2014, and any response thereto shall be filed by October 25, 2014.

IT IS SO ORDERED this ____ day of _____, 2014.

_____
WILLIAM J. HAYNES, JR.
United States District Judge

/s/ John W. Reis
John W. Reis
BPRN 024818
COZEN O'CONNOR
One Wells Fargo Center, Suite 2100
301 South College Street
Charlotte, NC 28202
Telephone: (704) 376-3400
Facsimile: (704) 334-3351\
Email: jreis@cozen.com
*Attorney for Plaintiffs*

/s/ James A. Freeman, III
James A. Freeman, III, Esquire
Law Offices of James Freeman
2804 Columbine Place
Nashville, TN 37204
Email: jfreeman@jafreemanlaw.com
*Co-counsel for Plaintiffs*

/s/ J. Frank Thomas
J. Frank Thomas, Esquire (#012268)
LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC
414 Union Street, Suite 1900
Nashville, Tennessee 37219-1782
Direct Phone: (615) 324-2739
Email: frank.thomas@leitnerfirm.com
*Attorney for Herbert Allen Cole d/b/a Williamson County Heating and Plumbing*

s/ Bryan K. Williams
Thomas I. Carlton, Jr. (#2759)
Joseph R. Wheeler (#12847)
Bryan K. Williams (#19650)
Cornelius & Collins, LLP
511 Union Street, Suite 1500
P.O. Box 190695
Nashville, TN 37219-0695
Telephone (615) 244-1440
ticarlton@cornelius-collins.com
jrwheeler@cornelius-collins.com
bkwilliams@cornelius-collins.com
*Attorneys for Defendant Dale & Maxey, Inc. d/b/a Dale Incorporated*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed using the Court's CM/ECF electronic filing system, this 18th day of June, 2014, which will provide notice of the foregoing to all participating parties.

John W. Reis, Esq.
Cozen O'Connor
One Wells Fargo Center, Suite 2100
301 South College Street
Charlotte, NC 28202

Counsel for Plaintiff

Frank Thomas, Esq.
Leitner, Williams, Dooley & Napolitan, PLLC
414 Union Street, Suite 1900
Nashville, TN 37219-1782

Counsel for Herbert Allen Cole d/b/a
Williamson County Heating and Plumbing

James A. Freeman, III, Esq.
James A. Freeman & Associates
2804 Columbine Place
Nashville, TN 37204

Co-Counsel for Plaintiffs

s/ Bryan K. Williams
Bryan K. Williams