IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHUBB NATIONAL INSURANCE COMPANY and TRAVELERS PERSONAL SECURITY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>DALE & MAXEY, INC. d/b/a DALE INCORPORATED, and HERBERT ALLEN COLE d/b/a WILLIAMSON COUNTY HEATING AND PLUMBING,<br><br>Defendants. | CIVIL ACTION NO.: 3:13-CV-0528 |

*[Handwritten annotation: GRANTED SK — This motion is Granted and the dates on pp 4-5 of this motion are adopted. [signature] 6-19-14]*

### JOINT MOTION TO EXTEND CURRENT DEADLINES

COME NOW, the plaintiffs, Chubb National Insurance Company (Chubb) and Travelers Personal Security Insurance Company (Travelers), defendant, Dale & Maxey, Inc. d/b/a Dale Incorporated (Dale, Inc.) and defendant Herbert Allen Cole d/b/a Williamson County Heating and Plumbing (Cole), by and through the undersigned counsel, and for good cause shown hereby move the Court for entry of an Order that extends the deadlines for expert disclosures of defendants, discovery, mediation, and Daubert and dispositive motions, and as grounds states:

1. This case involves property damages from a fire of October 21, 2011 to the home and vehicle of George Thomas (Tom) Vogel and Denise Vogel at 17 Oxmoor Court, Brentwood, TN 37027, who were insured with Plaintiffs, Chubb National Insurance Company and Travelers, which have brought this action in subrogation to the Vogel's rights.

2. The theory of the case surrounds work done at and near a fireplace that allegedly caused a fire in the fireplace to extend beyond the fireplace and destroy the Vogels' home.