UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

MEDIATOR'S REPORT TO THE COURT

MEDIATOR: William L. Brown (Miller & Martin PLLC)
Volunteer Building, Suite 1000
832 Georgia Avenue
Chattanooga, TN 37402
Telephone: (423) 756-6600
E-mail: wbrown@millermartin.com

CASE NAME: Chubb National Insurance Co. and Travelers Personal Security Insurance Co. v. Daley & Maxey, Inc. d/b/a Dale Incorporated

CASE NO: 3:13-cv-00528

Local Rule 16.05(e) requires that mediators file this report with the Clerk's Office immediately following the mediation conference. No information other than that requested below is permitted to be provided as a part of this report. This report shall be emailed to the following address: OperationsManager@tnmd.uscourts.gov

Please answer the following questions:

1. Did all required parties attend the conference?

   **X** YES _____ NO

2. Was the case settled at the conclusion of the conference?

   **X** YES _____ NO

3. Was the mediation continued with the consent of the parties?

   _____ YES **X** NO

4. Was the mediation terminated without a settlement?

   _____ YES **X** NO

- Note – for the purposes of providing this report, a mediation which continues on contiguous business days or within a single work week is considered to be a single mediation conference. Conferences not occurring on contiguous business or within the same week are considered separate conferences, and a separate report should be provided for each.

12490866v1 04681-1127